

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2021

No. 04-21-00067-CV

Calvin **HUMPHREY**,
Appellant

v.

**VECTOR AEROSPACE ENGINE SERVICES- ATLANTIC, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-12246
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's counsel has filed a notice of appearance and states the court reporter's fees for preparing and filing the record have been paid. We therefore order Diana Guerrero to file the reporter's record by April 23, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court